1 HAYDN-MYER LAW CORPORATION
Christopher Haydn-Myer, Bar #176333
2 1478 Stone Point Drive, Suite 400
Roseville, California 95661
3 Telephone: (916) 622-1703
Fax: (916) 760-2767
4 email: chrishaydn@sbcglobal.net

5 Attorney for Defendant
GEORGIY TIMOFEY
6

FILED

JAN 24 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

7                IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      ) CASE NO. 08-0468 KJM
                                  )                  2nd
11            Plaintiff,          ) STIPULATION; [~~PROPOSED~~] ORDER
                                  ) ALLOWING GEORGIY TIMOFEY TO
12 v.                             ) COPY SECTIONS OF HIS PASSPORT
                                  )
13 GEORGIY TIMOFEY,               ) Date:
                                  ) Time:
14                                ) Judge: Hon. Dale A. Drozd
              Defendant.          )
15                                )
                                  )
16 _____

   Defendant, GEORGIY TIMOFEY, through Christopher Haydn-Myer,
17
attorney at law, and the United States of America, through Assistant
18
U.S. Attorney Dominique Thomas, agree as follows:
19
   Magistrate Judge Edmund F. Brennan ordered that defendant TIMOFEY
20
be released on a $25,000.00 unsecured bond and the title to his 1996
21
Toyota Corolla [DKT 59]. Also, TIMOFEY's passport was delivered to the
22
United States Eastern District court clerk's office on the fourth
23
floor.
24
   TIMOFEY, with the assistance of Russian Interpreter Eduard
25
Hairullin, requested that counsel get permission from the Court to
26
allow him to obtain photocopies of his passport. The reason for the
27
request is that TIMOFEY is attempting to gain employment, and the
28

                                   1

employer is asking for copies of his passport.

Dated: January 20th, 2012

Respectfully submitted,

/s/ Christopher Haydn-Myer

CHRISTOPHER HAYDN-MYER
Attorney for Defendant
GEORGIY TIMOFEY

DATED: January 20th, 2012

BENJAMIN B. WAGNER
United States Attorney

/S/ Christopher Haydn-Myer for
Domonique Thomas
Assistant U.S. Attorney

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that TIMOFEY, with the assistance of his counsel, Christopher Haydn-Myer, obtain photocopies of his passport from the United States Eastern District court clerk's office on the fourth floor.

Dated: 1/24/12

Hon. Dale A. Drozd
United States Magistrate Judge