```
 1  HAYDN-MYER LAW CORPORATION
    Christopher Haydn-Myer, Bar #176333
 2  1478 Stone Point Drive, Suite 400
    Roseville, California 95661
 3  Telephone: (916) 622-1703
    Fax: (916) 760-2767
 4  email: chrishaydn@sbcglobal.net

 5  Attorney for Defendant
    GEORGIY TIMOFEY
 6
```

 7                IN THE UNITED STATES DISTRICT COURT

 8              FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10 | UNITED STATES OF AMERICA,      ) CASE NO. 08-0468 KJM
                                    )
11 |        Plaintiff,              ) STIPULATION AND ORDER
                                    ) MODIFYING MR. TIMOFEY'S SECURED
12 | v.                             ) BOND
                                    )
13 | GEORGIY TIMOFEY,               ) Date:
                                    ) Time:
14 |                                ) Judge: Hon. Dale A. Drozd
            Defendant.              )
15                                  )
                                    )
16

17      Defendant, GEORGIY TIMOFEY, through Christopher Haydn-Myer,
18 attorney at law, and the United States of America, through Assistant
19 U.S. Attorney Dominique Thomas, agree as follows:
20      Magistrate Judge Edmund F. Brennan ordered that defendant TIMOFEY
21 be released on a $25,000.00 unsecured bond and the title to his 1996
22 Toyota Corolla [DKT 59].
23      TIMOFEY, with the assistance of Russian Interpreter Eduard
24 Hairullin, spoke with counsel about modifying the terms of his
25 release.  TIMOFEY said that on December 27, 2011, the Elkhorn Smog
26 inspection station tested the Toyota Corolla that was used as the
27 surety for TIMOFEY's Bond, and the test results indicated that the
28 Toyota "exceeded the gross polluter limits."

                                   1

| | |
|---|---|
| 1 | TIMOFEY explained that he would like to sell the Toyota, but he |
| 2 | must first obtain the car's title, and the title is in the possession |
| 3 | of the court clerk.  TIMOFEY suggested that the title to the Toyota |
| 4 | Corolla be replaced with title to his wife's (Vera G. Timofey) 1996 |
| 5 | Volkswagen. |

TIMOFEY explained that he would like to sell the Toyota, but he must first obtain the car's title, and the title is in the possession of the court clerk. TIMOFEY suggested that the title to the Toyota Corolla be replaced with title to his wife's (Vera G. Timofey) 1996 Volkswagen.

The parties are in agreement that TIMOFEY's conditions of release may be modified to allow the title to the Toyota Corolla that was used as the surety for TIMOFEY's Bond to be returned to TIMOFEY, but only after title to TIMOFEY's wife's 1996 Volkswagen has been deposited with the Court Clerk's Office.

Dated: January 27th, 2012

Respectfully submitted,

/s/ Christopher Haydn-Myer
_____
CHRISTOPHER HAYDN-MYER
Attorney for Defendant
GEORGIY TIMOFEY

DATED: January 27th, 2012

BENJAMIN B. WAGNER
United States Attorney

/S/ Christopher Haydn-Myer for
Domonique Thomas
Assistant U.S. Attorney

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that TIMOFEY's conditions of release may be modified to allow the title to the Toyota Corolla that was used as the surety for TIMOFEY's Bond to be returned to TIMOFEY, but only after title to TIMOFEY's wife's (Vera G. Timofey)

///
///

1996 Volkswagen has been deposited with the Court Clerk's Office on the fourth floor.

DATED: January 27, 2012.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD1:CRIM
timofey0468.stipord.modify-secured-bond.wpd