JOHN BALAZS, Bar No. 157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
VIRGIL SANTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 08-CR-0468-KJM-DAD |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE DISCOVERY MOTION HEARING |
| v. ) | |
| VIRGIL SANTA, et. al., ) | Date: March 28, 2012 |
| Defendants. ) | Time: 2:00 p.m. |
| _____ ) | Hon. Dale A. Drozd |

Defendant Virgil Santa, through counsel John Balazs, and the United States, through its counsel R. Steven Lapham, hereby stipulate and request that the Court continue the hearing on defendant's motion for discovery and preservation of notes (document 201, filed 2/14/12) from March 26 to **March 28, 2012, at 2 p.m.**

The parties anticipate that a trial confirmation hearing will be held before Judge Mueller on March 28, 2012 at 9:00 a.m. Time is currently excluded under the Speedy Trial Act for the pendency of this discovery motion.

///

///

///

**IT IS SO STIPULATED**.

DATE: March 7, 2012          /s/ John Balazs
JOHN BALAZS

Attorney for Defendant
VIRGIL SANTA

DATE: March 8, 2012          /s/ Krista Hart
KRISTA HART

Attorney For Defendant
MARIA SANTA

DATE: March 7, 2012          BENJAMIN B. WAGNER
United States Attorney

By:    /s/ R. Steven Lapham
R. STEVEN LAPHAM
Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED.

DATED: March 27, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
santa0468.stipord.cont.disc-mot2.wpd