JOHN BALAZS, Bar No. 157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
VIRGIL SANTA

**FILED**

MAR 28 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-CR-0468-KJM-DAD |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE DISCOVERY MOTION HEARING |
| v. | |
| VIRGIL SANTA, et. al., | Date: April 3, 2012 |
| Defendants. | Time: 2:00 p.m. |
| | Hon. Dale A. Drozd |

Defendants Maria Santa, Virgil Santa, Candit Sava, and Fabian Leonte, through counsel, and the United States, through its counsel, hereby stipulate and request that the Court continue the hearing on defendant's motion for discovery and preservation of notes (document 201, filed 2/14/12) from March 28 to **April 3 at 2 p.m.**

The reason for the request is that this morning U.S. District Judge Kimberly J. Mueller granted defendant Fabian Leonte's request for a new attorney and attorney Michael Long was substituted in as counsel for Mr. Leonte. The district court also set a further hearing to discuss Mr. Leonte's severance motion for April 3, 2012. The Court indicated that it was likely that the April 16 trial date will be vacated at the April 3 hearing. For the reasons, counsel agree that it would be prudent to continue the discovery motion hearing until April 3, 2012, at 2 p.m.

Time is currently excluded under the Speedy Trial Act for the pendency of this discovery motion.

**IT IS SO STIPULATED**.

DATE: March 28, 2012   /s/ John Balazs
JOHN BALAZS

Attorney for Defendant
VIRGIL SANTA

DATE: March 28, 2012   /s/ Krista Hart
KRISTA HART

Attorney For Defendant
MARIA SANTA

DATE: March 28, 2012   /s/ Michael Long
MICHAEL LONG

Attorney for Defendant
FABIAN LEONTE

DATE: March 28, 2012   /s/ Douglas Beevers
DOUGLAS BEEVERS

Attorney For Defendant
CANDIT SAVA

DATE: March 28, 2012   BENJAMIN B. WAGNER
United States Attorney

By: /s/ R. Steven Lapham
R. STEVEN LAPHAM
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

DATE: March 28, 2012

HON. DALE A. DROZD
U.S. Magistrate Judge